479 A.2d 1121

Commonwealth v. Hall, Appellant.

Submitted March 5, 1984. Mitchell S. Strutin, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Judgment of sentence affirmed.